# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2019 KW 1336

VERSUS

ELVIS GRAHAM                                         DEC 2 3 2019

---

In Re:     Elvis Graham, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 09-17-0643.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED** for the sole purpose of transferring the writ
application to the district court for enforcement of its April
25, 2019 order, wherein it granted relator's Motion for
Production of Documents ordering that relator be provided with a
copy of the **Boykin** transcript of the guilty plea entered on
November 26, 2018, bill of information, sentencing minutes, and
criminal commitment. See **State ex rel. Jackson v. State**, 2004-
0354 (La. 3/12/04), 869 So.2d 803.

                            **TMH**
                            **AHP**
                            **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT